ASSOCIATES, INC. v. TAYLOR

No. 223 PC.

Case below: 29 N.C. App. 679.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

BANK v. CONSTRUCTION CO.

No. 247 PC.

Case below: 30 N.C. App. 220.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

BLOUNT v. TAFT

No. 231 PC.

Case below: 29 N.C. App. 626.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 September 1976.

BOWEN v. MOTOR CO.

No. 210 PC.

Case below: 29 N.C. App. 463.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 September 1976.

CLUB, INC. v. LAWRENCE

No. 218 PC.

Case below: 29 N.C. App. 547.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 September 1976.